UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMAL KING,

                Petitioner,

v.

STU SHERMAN, Warden,

                Respondent.

Case No. LACV 15-9948-ODW (LAL)

**JUDGMENT**

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 11-27-17

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE